UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIE GILCHREST,
Plaintiff,

- against -

NATIONAL CHEMICAL LABORATORIES,

Defendant.
-----------------------------------------------------------------X

STATEMENT PURSUANT TO RULE 7.1

Docket No.: 08 CIV. 6601

Assigned to: JUDGE HOLWELL

[Stamp: JUL 25 2008 USDC WP SDNY]

NATIONAL CHEMICAL LABORATORIES certifies that it is a non-governmental corporation organized and existing under the laws of the State of Pennsylvania, with its principal place of business in Philadelphia, Pennsylvania. NATIONAL CHEMICAL LABORATORIES submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. NATIONAL CHEMICAL LABORATORIES is not a publicly-held corporation or other publicly-held entity.

2. NATIONAL CHEMICAL LABORATORIES does not have any parent corporation.

3. No publicly-held corporation owns 10 percent or more of NATIONAL CHEMICAL LABORATORIES stock.

Dated: Elmsford, New York
       July 24, 2008

By: /s/ Kevin William Connolly
Kevin William Connolly (KWC/4450)

MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.
Attorneys for Defendants
NATIONAL CHEMICAL
LABORATORIES
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No.: 447.82255

{NY040711.1}

Index No.   304979/08        Year        RJI No.        Hon.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

WILLIE GILCHREST,

                            Plaintiff,

-against-

NATIONAL CHEMICAL LABORATORIES,

                            Defendant.

---

## STATEMENT PURSUANT TO RULE 7.1

---

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendant
**NATIONAL CHEMICAL LABORATORIES**
Office and Post Office Address, Telephone
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701

---

To                                                  Signature (Rule 130-1.1-a)

                                                                       Print name beneath

Attorney(s) for

Service of a copy of the within                  is hereby admitted.

Dated,

                                                                       Attorneys for:

---

**Please take notice**
☐ <u>NOTICE OF ENTRY</u>
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐ <u>NOTICE OF SETTLEMENT</u>
that an order                                of which the within is a true copy will be presented for
settlement to the HON.                                                              one of the judges
of the within named court, at
on                              at                M

Dated,

                                                      Yours, etc.

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Office and Post Office Address
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701