**JUDGE HOLWELL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WILLIE GILCHREST,

                Plaintiff,

      - against -

NATIONAL CHEMICAL LABORATORIES,

                Defendant.
-------------------------------------------------------------------X

**NOTICE OF REMOVAL**

Docket No.:

Assigned to:

FILED JUL 25 2008 USDC WP SDNY

**08 CIV. 6601**

The defendant, **NATIONAL CHEMICAL LABORATORIES**, by its attorneys, **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**, removes this case to Federal District Court, Southern District of New York, pursuant to 28 U.S.C. § 1441(a).

1.     **NATIONAL CHEMICAL LABORATORIES** is a defendant in the civil action filed on June 13, 2008, in the Supreme Court of New York, Bronx County. Pursuant to provisions of Section 1441 and 1446 of Title 28 of the United States Code, the defendant removes this action to the United States District Court for the Southern District of New York, which is the judicial district in which the action is pending.

2.     The grounds for removal of this action are:

    (a)     On June 13, 2008, the plaintiff filed a complaint against **NATIONAL CHEMICAL LABORATORIES** in the Supreme Court of New York, Bronx County, Index No. 304979/2008.

    (b)     There is complete diversity of citizenship between the plaintiff and defendant in this action because:

        (i)     The plaintiff is an individual who, at all pertinent times, is and was a resident of the State of New York, and

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             : ss.:
COUNTY OF WESTCHESTER        )

     Regina A. Tisellano, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Mount Kisco, New York.

     On the 25th day of July, 2008, deponent served the within **NOTICE OF REMOVAL WITH EXHIBITS, STATEMENT PURSUANT TO RULE 7.1, SDNY ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND HONORABLE JUDGE RICHARD J. HOLWELL'S INDIVIDUAL PRACTICES,** upon the party herein stated below, by depositing and mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, at the following addresses:

TO:

**ROSENBAUM & ROSENBAUM, P.C.**
Attorney for Plaintiff
110 Wall Street, 21st Floor
New York, New York 10005
(212) 514-5007

                                              _/s/ Regina A. Tisellano_
                                              Regina A. Tisellano

Sworn to before me on the
25th day of July, 2008.

_/s/ Martha Agis_
NOTARY PUBLIC

Martha Agis
Notary Public, State of New York
No. 01AG6039317
Qualified in Rockland County
Commission Expires Mar. 27, 2010

{NY040770.1}